UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re: NEW CENTURY AUDIO/VIDEO, INC. § Case No. 18-50939
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Fred Hjelmeset, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $60,052.30 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,971.29 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $10,043.06 | | |

3) Total gross receipts of $20,014.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,014.35 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $10,040.76 | $10,043.06 | $10,043.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $6,103.66 | $6,103.66 | $6,103.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $258,351.32 | $408,863.57 | $408,863.57 | $3,867.63 |
| **TOTAL DISBURSEMENTS** | $258,351.32 | $425,007.99 | $425,010.29 | $20,014.35 |

4) This case was originally filed under chapter 7 on 04/27/2018. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2020     By: /s/ Fred Hjelmeset
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account Account at Heritage Bank, xxxxxx0185 | 1129-000 | $2,139.85 |
| Possible avoidable preference Tech Data Corp | 1141-000 | $7,500.00 |
| Cash on hand | 1129-000 | $199.80 |
| Kaiser refund | 1229-000 | $1,800.00 |
| A/R 90 days old or less. Face amount = $14,979.65. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $2,374.70 |
| Possible avoidable transfer to American Express | 1141-000 | $6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,014.35** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.


## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Fred Hjelmeset | 2100-000 | NA | $2,751.44 | $2,751.44 | $2,751.44 |
| Trustee, Expenses - Fred Hjelmeset | 2200-000 | NA | $62.70 | $62.70 | $62.70 |
| Bond Payments - International Sureties | 2300-000 | NA | $0.00 | $2.30 | $2.30 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $40.77 | $40.77 | $40.77 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board (ADMINISTRATIVE) | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Attorney for Trustee Fees (Other Firm) - Rincon Law LLP | 3210-000 | NA | $3,090.00 | $3,090.00 | $3,090.00 |
| Attorney for Trustee Expenses (Other Firm) - Rincon Law LLP | 3220-000 | NA | $176.90 | $176.90 | $176.90 |
| Accountant for Trustee Fees (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 3410-000 | NA | $2,990.00 | $2,990.00 | $2,990.00 |
| Accountant for Trustee Expenses (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 3420-000 | NA | $128.95 | $128.95 | $128.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,040.76 | $10,043.06 | $10,043.06 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-4 | Internal Revenue Service | 5800-000 | NA | $1,358.07 | $1,358.07 | $1,358.07 |
| 4P | Franchise Tax Board | 5800-000 | NA | $1,657.47 | $1,657.47 | $1,657.47 |
| 12 | Employment Development Department | 5800-000 | NA | $3,088.12 | $3,088.12 | $3,088.12 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$6,103.66** | **$6,103.66** | **$6,103.66** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PG and E | 7100-000 | $1,573.69 | $2,639.96 | $2,639.96 | $24.97 |
| 3 | Custom Plus Distributing | 7100-000 | NA | $753.30 | $753.30 | $7.13 |
| 4U | Franchise Tax Board | 7100-000 | NA | $207.05 | $207.05 | $1.96 |
| 5 | Capital One Bank (USA), N.A. by American Info Source LP as Agent | 7100-000 | $4,400.40 | $2,472.87 | $2,472.87 | $23.39 |
| 6 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | 7100-000 | NA | $4,660.24 | $4,660.24 | $44.08 |
| 7 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | 7100-000 | $17,515.81 | $25,373.21 | $25,373.21 | $240.02 |
| 8 | Universal Remote Control | 7100-000 | $286.90 | $912.95 | $912.95 | $8.64 |
| 9 | CALIFORNIA DEPT. OF TAX & FEE ADMINISTRATION | 7100-000 | NA | $1,320.00 | $1,320.00 | $12.49 |
| 10 | Pacific Bell Telephone Company % AT&T Services, Inc. Karen Cavagnaro, Esq. | 7100-000 | NA | $653.66 | $653.66 | $6.18 |
| 11 | Recreational Equipment, Inc. c/o Gregg M. Ficks, Esq. Coblentz Patch Duffy & Bass LLP | 7100-000 | $49,604.22 | $363,870.33 | $363,870.33 | $3,442.02 |
| 14 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | NA | $6,000.00 | $6,000.00 | $56.75 |
| N/F | AT&T | 7100-000 | $3,828.50 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Audio Plus Services | 7100-000 | $16,063.49 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $150.00 | NA | NA | NA |
| N/F | Bay Alarm Company | 7100-000 | $179.98 | NA | NA | NA |
| N/F | Bogen Comm., Inc | 7100-000 | $733.39 | NA | NA | NA |
| N/F | Charles Schwab & Co. Inc | 7100-000 | $24,802.11 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $457.90 | NA | NA | NA |
| N/F | Coverall North America, Inc | 7100-000 | $405.00 | NA | NA | NA |
| N/F | Crestron Electronics, Inc. | 7100-000 | $2,874.00 | NA | NA | NA |
| N/F | Custom Plus Distributing | 7100-000 | $733.30 | NA | NA | NA |
| N/F | DMV Renewal | 7100-000 | $696.00 | NA | NA | NA |
| N/F | Dralar of California | 7100-000 | $1,205.00 | NA | NA | NA |
| N/F | EOS Integration | 7100-000 | $92.50 | NA | NA | NA |
| N/F | Faye Business System Group 106879 | 7100-000 | $6,240.00 | NA | NA | NA |
| N/F | GoldenEar Technology | 7100-000 | $6,803.29 | NA | NA | NA |
| N/F | Harman Professional US | 7100-000 | $89.96 | NA | NA | NA |
| N/F | Harold Berry | 7100-000 | $125.00 | NA | NA | NA |
| N/F | Home Depot Credit Services | 7100-000 | $206.07 | NA | NA | NA |
| N/F | Image Crafters, Inc. | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Iriver/Astell & Kern | 7100-000 | $777.00 | NA | NA | NA |
| N/F | Kaiser Foundation Health Plan | 7100-000 | $3,252.00 | NA | NA | NA |
| N/F | Kaleidescape | 7100-000 | $15,353.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Kevin Dowell | 7100-000 | $72.68 | NA | NA | NA |
| N/F | Lenbrook America Lockbox | 7100-000 | $3,679.33 | NA | NA | NA |
| N/F | McIntosh Laboratory, Inc. | 7100-000 | $32,437.00 | NA | NA | NA |
| N/F | Milestone AV Technologies, Inc. | 7100-000 | $78.03 | NA | NA | NA |
| N/F | Momentum Auto Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Moon Audio | 7100-000 | $797.65 | NA | NA | NA |
| N/F | Pakedge Device & Software | 7100-000 | $1,160.00 | NA | NA | NA |
| N/F | Paradigm Electronics, Inc. | 7100-000 | $12,083.66 | NA | NA | NA |
| N/F | Parasound Products, Inc | 7100-000 | $2,432.00 | NA | NA | NA |
| N/F | Pitney Bowes | 7100-000 | $147.49 | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $1,366.36 | NA | NA | NA |
| N/F | Robinson Oil Corporation | 7100-000 | $131.58 | NA | NA | NA |
| N/F | Rutherford Audio | 7100-000 | $2,163.00 | NA | NA | NA |
| N/F | Salamander Designs. Ltd | 7100-000 | $3,745.00 | NA | NA | NA |
| N/F | Savant Systems LLC | 7100-000 | $748.00 | NA | NA | NA |
| N/F | Sennheiser Electronics | 7100-000 | $254.26 | NA | NA | NA |
| N/F | Seraphin Services, Inc. | 7100-000 | $360.00 | NA | NA | NA |
| N/F | Snap AV | 7100-000 | $2,108.28 | NA | NA | NA |
| N/F | Sonos, Inc | 7100-000 | $834.31 | NA | NA | NA |
| N/F | TPX Communications | 7100-000 | $897.94 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | TPX Communications Attn: Mary Saunders | 7100-000 | $897.94 | NA | NA | NA |
| N/F | TPX Communications) Attn: Mary SaundersL | 7100-000 | $897.94 | NA | NA | NA |
| N/F | TRC El Paseo de Saratoga, LLC | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Tech Data Corp | 7100-000 | $19,278.25 | NA | NA | NA |
| N/F | The CAD House | 7100-000 | $2,600.00 | NA | NA | NA |
| N/F | Totem Acoustic Inc | 7100-000 | $3,812.80 | NA | NA | NA |
| N/F | Travelers CL Remittance Ctr | 7100-000 | $2,208.00 | NA | NA | NA |
| N/F | Tributaries | 7100-000 | $1,084.47 | NA | NA | NA |
| N/F | United Parcel Service | 7100-000 | $363.73 | NA | NA | NA |
| N/F | Verizon Business | 7100-000 | $413.11 | NA | NA | NA |
| N/F | Window Clean 4 You | 7100-000 | $50.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$258,351.32** | **$408,863.57** | **$408,863.57** | **$3,867.63** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 18-50939  
Case Name: NEW CENTURY AUDIO/VIDEO, INC.  
For Period Ending: 03/10/2020

Trustee Name: (001090) Fred Hjelmeset  
Date Filed (f) or Converted (c): 04/27/2018 (f)  
§ 341(a) Meeting Date: 05/22/2018  
Claims Bar Date: 08/27/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 200.00 | 200.00 | | 199.80 | FA |
| 2 | checking account Account at Heritage Bank, xxxxxx0185 | 0.00 | 2,139.85 | | 2,139.85 | FA |
| 3 | REI deposit for commerical space<br>Security deposit was applied by landlord pre-petiton, pursuant to POC-11, filed 8/16/18 | 16,143.30 | 16,143.30 | | 0.00 | FA |
| 4 | PG&E deposit<br>Investigated. Deposit was charged off in 2008. | 3,909.00 | 3,909.00 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Face amount = $14,979.65. Doubtful/Uncollectible accounts = $0.00.<br>Collections performed, funds collected | 14,979.65 | 14,979.65 | | 2,374.70 | FA |
| 6 | Other inventory or supplies: Inventory (See attached list marked as Exhibit "B"), 4/18/18, Net Book Value: Unknown, Valuation Method: N/A<br>Inventory inspected by auctioneer, value estimated to be insufficient for a viable auction | 30,000.00 | 11,000.00 | | 0.00 | FA |
| 7 | Furniture and computers consisting of: - 2 Dell desktop opitplex 7010 (older) - 3 surface pros 1 Thinkpad laptop (older) -2 HP 17 inch laptops -1 iPad mini -1 iPad - 2 Dell servers (older) -4 LCD computer monitors (older).<br>Furniture and computers inspected by auctioneer, value estimated to be insufficient for a viable auction | 10,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | Kaiser refund (u) | 1,800.00 | 1,800.00 | | 1,800.00 | FA |
| 9 | Leasehold interest - Debtor leases the commercial space from REI located at 450 El Paseo de Saratoga, San Jose | Unknown | 0.00 | | 0.00 | FA |
| 10 | Possible avoidable transfer to American Express<br>Demand made to AmEx; new value defenses raised; settlement reached; Order authorizing compromise, Doc#19; Report of Transaction, Doc#20 | 11,731.18 | 11,731.18 | | 6,000.00 | FA |
| 11 | Possible avoidable preference Tech Data Corp<br>Order authorizing Compromise, Doc#28; Report of Transaction, Doc#29 | 33,970.69 | 33,970.69 | | 7,500.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$122,733.82** | **$97,873.67** | | **$20,014.35** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 2

**Case No.:** 18-50939
**Case Name:** NEW CENTURY AUDIO/VIDEO, INC.

**Trustee Name:** (001090) Fred Hjelmeset
**Date Filed (f) or Converted (c):** 04/27/2018 (f)
**§ 341(a) Meeting Date:** 05/22/2018

**For Period Ending:** 03/10/2020
**Claims Bar Date:** 08/27/2018

**Major Activities Affecting Case Closing:**

    4/12/19 Make demands for return of preferential transfers
    12/1/18 Continue collection efforts
    10/29/18 Investigate possible avoidable preferences
    8/27/18 Claims bar date
    6/19/18 Continued 341 meeting - Debtor to provide account statements
    4/27/18 Investigate assets

**Initial Projected Date Of Final Report (TFR):** 12/20/2019
**Current Projected Date Of Final Report (TFR):** 10/02/2019 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 18-50939 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | NEW CENTURY AUDIO/VIDEO, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6796 | Account #: | ******2700 Checking |
| For Period Ending: | 03/10/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/18 | {2} | New Century AudioVideo | Funds in account | 1129-000 | 2,139.85 | | 2,139.85 |
| 06/12/18 | {8} | Kaiser Permanente | Refund | 1229-000 | 1,800.00 | | 3,939.85 |
| 06/12/18 | {5} | Medical Center Development, LLC | AR ck | 1121-000 | 645.00 | | 4,584.85 |
| 06/12/18 | {1} | Gregory Armanini | Petty cash | 1129-000 | 199.80 | | 4,784.65 |
| 06/17/18 | {5} | Colette Kress | AR check Kress | 1121-000 | 545.00 | | 5,329.65 |
| 06/25/18 | {5} | Andrew J Gessow | AR check | 1121-000 | 934.70 | | 6,264.35 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,254.35 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,244.35 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,234.35 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 6,229.35 |
| 10/09/18 | {5} | Stephen Biggs | AR check | 1121-000 | 250.00 | | 6,479.35 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.77 | 6,473.58 |
| 01/16/19 | 101 | International Sureties | Bond # 016048574; Term: 1/1/19 to 1/1/20 | 2300-000 | | 2.30 | 6,471.28 |
| 05/20/19 | {10} | American Express | Settlement funds | 1141-000 | 6,000.00 | | 12,471.28 |
| 07/17/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******9088 | Transition Debit to Metropolitan Commercial Bank acct 3910069088 | 9999-000 | | 12,471.28 | 0.00 |
| | | **COLUMN TOTALS** | | | 12,514.35 | 12,514.35 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 12,471.28 | |
| | | **Subtotal** | | | 12,514.35 | 43.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$12,514.35** | **$43.07** | |

Case: 18-50939    Doc# 41    Filed: 03/25/20    Entered: 03/25/20 08:15:29    Page 12 of 15

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 18-50939 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | NEW CENTURY AUDIO/VIDEO, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6796 | Account #: | ******9088 Checking Account |
| For Period Ending: | 03/10/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/19 | | Transfer Credit from Rabobank, N.A. acct ******2700 | Transition Credit from Rabobank, N.A. acct 5022382700 | 9999-000 | 12,471.28 | | 12,471.28 |
| 08/12/19 | {11} | Tech Data Corporation | Settlement funds | 1141-000 | 7,500.00 | | 19,971.28 |
| 01/14/20 | 1000 | Fred Hjelmeset | Combined trustee compensation & expense dividend payments. | | | 2,814.14 | 17,157.14 |
| | | Fred Hjelmeset | Claims Distribution - Mon, 09-30-2019         $2,751.44 | 2100-000 | | | |
| | | Fred Hjelmeset | Claims Distribution - Mon, 09-30-2019         $62.70 | 2200-000 | | | |
| 01/14/20 | 1001 | Rincon Law LLP | Claim No. ; Filed Amt. $3,090.00; Dividend 100.00%; Total Paid $3,090.00 | 3210-000 | | 3,090.00 | 14,067.14 |
| 01/14/20 | 1002 | Rincon Law LLP | Claim No. ; Filed Amt. $176.90; Dividend 100.00%; Total Paid $176.90 | 3220-000 | | 176.90 | 13,890.24 |
| 01/14/20 | 1003 | Kokjer Pierotti Maiocco & Duck LLP | Claim No. ; Filed Amt. $2,990.00; Dividend 100.00%; Total Paid $2,990.00 | 3410-000 | | 2,990.00 | 10,900.24 |
| 01/14/20 | 1004 | Kokjer Pierotti Maiocco & Duck LLP | Claim No. ; Filed Amt. $128.95; Dividend 100.00%; Total Paid $128.95 | 3420-000 | | 128.95 | 10,771.29 |
| 01/14/20 | 1005 | Franchise Tax Board (ADMINISTRATIVE) | Claim No. 13; Filed Amt. $800.00; Dividend 100.00%; Total Paid $800.00 | 2820-000 | | 800.00 | 9,971.29 |
| 01/14/20 | 1006 | Internal Revenue Service | Claim No. 2-4; Filed Amt. $1,358.07; Dividend 100.00%; Total Paid $1,358.07 | 5800-000 | | 1,358.07 | 8,613.22 |
| 01/14/20 | 1007 | Franchise Tax Board | Combined dividend payments for Claim #4P, 4U | | | 1,659.43 | 6,953.79 |
| | | Franchise Tax Board | Claims Distribution - Mon, 09-30-2019         $1,657.47 | 5800-000 | | | |
| | | Franchise Tax Board | Claims Distribution - Mon, 09-30-2019         $1.96 | 7100-000 | | | |
| 01/14/20 | 1008 | Employment Development Department | Claim No. 12; Filed Amt. $3,088.12; Dividend 100.00%; Total Paid $3,088.12 | 5800-000 | | 3,088.12 | 3,865.67 |
| 01/14/20 | 1009 | PG and E | Claim No. 1; Filed Amt. $2,639.96; Dividend 0.95%; Total Paid $24.97 | 7100-000 | | 24.97 | 3,840.70 |
| 01/14/20 | 1010 | Custom Plus Distributing | Claim No. 3; Filed Amt. $753.30; Dividend 0.95%; Total Paid $7.13 | 7100-000 | | 7.13 | 3,833.57 |
| 01/14/20 | 1011 | Capital One Bank (USA), N.A. by American Info Source LP as Agent | Claim No. 5; Filed Amt. $2,472.87; Dividend 0.95%; Total Paid $23.39 | 7100-000 | | 23.39 | 3,810.18 |
| 01/14/20 | 1012 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | Combined dividend payments for Claim #6, 7 | | | 284.10 | 3,526.08 |
| | | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | Claims Distribution - Mon, 09-30-2019         $44.08 | 7100-000 | | | |

Page Subtotals:     $19,971.28     $16,445.20

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Case: 18-50939   Doc# 41   Filed: 03/25/20   Entered: 03/25/20 08:15:29   Page 13 of 15

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 18-50939 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | NEW CENTURY AUDIO/VIDEO, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6796 | Account #: | ******9088 Checking Account |
| For Period Ending: | 03/10/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP | Claims Distribution - Mon, 09-30-2019  $240.02 | 7100-000 | | | |
| 01/14/20 | 1013 | Universal Remote Control | Claim No. 8; Filed Amt. $912.95; Dividend 0.95%; Total Paid $8.64 | 7100-000 | | 8.64 | 3,517.44 |
| 01/14/20 | 1014 | CALIFORNIA DEPT. OF TAX & FEE ADMINISTRATION | Claim No. 9; Filed Amt. $1,320.00; Dividend 0.95%; Total Paid $12.49 | 7100-000 | | 12.49 | 3,504.95 |
| 01/14/20 | 1015 | Pacific Bell Telephone Company % AT&T Services, Inc. Karen Cavagnaro, Esq. | Claim No. 10; Filed Amt. $653.66; Dividend 0.95%; Total Paid $6.18 | 7100-000 | | 6.18 | 3,498.77 |
| 01/14/20 | 1016 | Recreational Equipment, Inc. c/o Gregg M. Ficks, Esq. Coblentz Patch Duffy & Bass LLP | Claim No. 11; Filed Amt. $363,870.33; Dividend 0.95%; Total Paid $3,442.02 | 7100-000 | | 3,442.02 | 56.75 |
| 01/14/20 | 1017 | American Express National Bank c/o Becket and Lee LLP | Claim No. 14; Filed Amt. $6,000.00; Dividend 0.95%; Total Paid $56.75 | 7100-000 | | 56.75 | 0.00 |
| | | | **COLUMN TOTALS** | | 19,971.28 | 19,971.28 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 12,471.28 | 0.00 | |
| | | | **Subtotal** | | 7,500.00 | 19,971.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $7,500.00 | $19,971.28 | |

Case: 18-50939    Doc# 41    Filed: 03/25/20    Entered: 03/25/20 08:15:29    Page 14 of 15

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-50939 | **Trustee Name:** | Fred Hjelmeset (001090) |
| **Case Name:** | NEW CENTURY AUDIO/VIDEO, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6796 | **Account #:** | ******9088 Checking Account |
| **For Period Ending:** | 03/10/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $20,014.35 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $20,014.35 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2700 Checking | $12,514.35 | $43.07 | $0.00 |
| ******9088 Checking Account | $7,500.00 | $19,971.28 | $0.00 |
| | $20,014.35 | $20,014.35 | $0.00 |